IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY LETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:21-CV-701-WKW |
| | ) [WO] |
| ALFA INSURANCE COMPANY and | ) |
| HSB INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 21) to which Plaintiff has filed objections (Doc. # 22).  Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636, the court finds that the objections lack merit.  Accordingly, it is ORDERED as follows:

(1)   Plaintiff's Objections (Doc. # 22) are OVERRULED.

(2)   The Recommendation (Doc. # 21) is ADOPTED.

(3)   Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) (Doc. # 6) is DENIED.

(4)   Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (Doc. # 6) is GRANTED.

(5)  Plaintiff's motions for judgment on the merits (Docs. # 12, 13, 14) are DENIED as moot.

(6)  Plaintiff is GRANTED to and including **September 20, 2022**, to file an amended complaint that alleges a claim under federal law in accordance with the Federal Rules of Civil Procedure.

(7)  This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 6th day of September, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE