IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY LETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:21-CV-701-WKW ) [WO] |
| ALFA INSURANCE COMPANY and HSB INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 33) to which Plaintiff has filed objections (Doc. # 35). Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636, the court finds that the objections lack merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objections (Doc. # 35) are OVERRULED.

(2) The Recommendation (Doc. # 33) is ADOPTED.

(3) Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) (Doc. # 25) is GRANTED.

(4) Defendants' motion to dismiss (Doc. # 25) is DENIED as moot in all other respects.

(5) Plaintiff's amended complaint (Doc. # 24) is DISMISSED without prejudice.

(6) Plaintiff's motions for judgment on the merits (Docs. # 29, 31, 34) are DENIED as moot.

DONE this 18th day of July, 2023.

                                        /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE